IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-260-CR





MARIANNE BYRNE,



 APPELLANT



vs.




THE STATE OF TEXAS,



 APPELLEE


 




FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY



NO. 2C93-5384, HONORABLE JOHN BARINA, JUDGE PRESIDING



 





PER CURIAM



 This is an appeal from a judgment of conviction for assault with bodily injury. 
Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


Before Justices Powers, Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: October 19, 1994

Do Not Publish